IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DALE M.,[1]

        Plaintiff,

  v.

COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION,

        Defendant.

Case No. 3:21-cv-1484-SI

ORDER

_____

       Based on the stipulation of the parties and Plaintiff's application, the Court ORDERS that attorney fees in the amount of $10,618.85 under the Equal Access to Justice Act, 28 U.S.C. § 2412(d), be awarded to Plaintiff.  The parties agree that Plaintiff has assigned the EAJA attorney fees to Plaintiff's attorney.  The attorney fees shall be paid to Plaintiff's attorney, subject to verification that Plaintiff does not have a debt which qualifies for offset against the EAJA fees under the Treasury Offset Program, as discussed in *Astrue v. Ratliff*, 560 U.S. 586 (2010).  If Plaintiff has no such debt, then the check for attorney fees shall be made payable to Plaintiff's attorney, Laurie B. Mapes.  If Plaintiff has such a debt, then the check for any remaining funds after offset of the debt shall be made payable to Plaintiff.  The check, regardless

---

[1] In the interest of privacy, this order uses only the first name and the initial of the last name of the nongovernmental party in this case.

ORDER – 1

of the named payee, shall be mailed to Plaintiff's attorney, Laurie B. Mapes, at P.O. Box 1241, Scappoose, Oregon, 97056.

**IT IS SO ORDERED.**

DATED this 4th day of May, 2023.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge

ORDER - 2